BERMAN

DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
*Attorneys for Defendant*
UPS SUPPLY CHAIN SOLUTION, INC.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY

                    Plaintiff,

    -against-

UPS SUPPLY CHAIN SOLUTION, INC.

                    Defendant.
-----------------------------------------------------------X

08 Civ. 6343 (RMB)

*STIPULATION AND ORDER*
*EXTENDING TIME TO*
*ANSWER OR OTHERWISE*
*MOVE AS TO THE COMPLAINT*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time for Defendant to answer or otherwise move with respect to the Plaintiff's Complaint be extended up to and including August 29, 2008.

**See Court's rules regarding the filing of motions.**

Dated: New York, New York
       August 22, 2008

KENNEDY, LILLIS, SCHMIDT &
ENGLISH
Attorneys for Plaintiff
AMERICAN HOME ASSURANCE
COMPANY

By _____
Michael P. Hartman (MH-8993)
75 Maiden Lane - Suite 402
New York, New York, 10038
(212) 430-0800

DeORCHIS & PARTNERS, LLP
Attorneys for Defendant
UPS SUPPLY CHAIN SOLUTION, INC.

By _____
William E. Lakis (WEL-9355)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
File #: 2104-59

Richard M. Berman
U.S.D.J.
8/26/08