**DeORCHIS & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY,

       Plaintiff,                              08 CIV. 6343

   -against-

                                            **RULE 7.1**
                                *DISCLOSURE STATEMENT*
UPS SUPPLY CHAIN SOLUTIONS, INC.,

       Defendant.
-------------------------------------------------------------X
UPS SUPPLY CHAIN SOLUTIONS, INC.,

       Third Party Plaintiff,

   -against-
LUFTHANSA CARGO AG; AMENDOLA
RIGGING a/ka AMENDOLA TRUCKING
AND RIGGING INC.;
and, DOES 1-10, inclusive,

       Third Party Defendants.
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned attorneys for defendant UPS SUPPLY CHAIN SOLUTIONS, INC. ("UPS") (private non-governmental parties) certifies that the following are corporate parents and/or subsidiaries of said parties which are publicly held:

  1.  United Parcel Service, Inc.;

  2.  UPS Logistics Technologies; and

  3.  UPS SCS (UK) Limited.

Dated: New York, New York
   August 29, 2008

            DeORCHIS, & PARTNERS, LLP
            Attorneys for Defendant UPS SUPPLY
            CHAIN SOLUTIONS, INC.


           By: /s/ _William E. Lakis_____
            William E. Lakis (WEL-9355)
            61 Broadway, 26th Floor
            New York, New York  10006-2802
            (212) 344-4700
            Our File:  2104-53